United States District Court
Southern District of New York                    1:20-cv-07499-JSR

| |
|---|
| Heather Green, individually and on behalf of all others similarly situated, |
| Plaintiff, |
| - against - |
| Nestlé Holdings, Inc., |
| Defendant |

Notice of Voluntary Dismissal

Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   October 8, 2020

    Respectfully submitted,

    Sheehan & Associates, P.C.

    /s/Spencer Sheehan
    Spencer Sheehan
    60 Cuttermill Rd Ste 409
    Great Neck NY 11021-3104
    Tel: (516) 303-0552
    Fax: (516) 234-7800
    spencer@spencersheehan.com
    E.D.N.Y. # SS-8533
    S.D.N.Y. # SS-2056

1:20-cv-07499-JSR
United States District Court
Southern District of New York

Heather Green, individually and on behalf of all others similarly situated,

                              Plaintiff,

                    - against -

Nestlé Holdings, Inc.,

                              Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 303-0552
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: October 8, 2020

                                                                       /s/ Spencer Sheehan
                                                                        Spencer Sheehan

Certificate of Service

I certify that on October 8, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan